

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:21-CR-31-WHR |
| v. | : | |
| CALVIN TRIBBLE | : | ORDER UNSEALING INDICTMENT AND ENTIRE CASE |

- - - - - - - - - -

IT IS HEREBY ORDERED that the Indictment filed herein and ordered sealed by the order of this Court on March 23, 2021, be unsealed by the Clerk of Courts.

DATE: 4-13-21

WALTER H. RICE
Judge U.S. District Court