IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CALVIN TRIBBLE,

        Defendant.

:
:   Case No.   3:21cr31
:
:   JUDGE WALTER H. RICE
:

---

DECISION AND ENTRY DEFERRING ACTION ON PETITION DIRECTING DEFENDANT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED

---

Defendant herein has been sentenced and is awaiting designation to the appropriate institution while he is on voluntary surrender status. It is the decision of this Court that any and all action on the July 14, 2022, Petition directing defendant to show cause why his bond, set and met on March 31, 2021, should not be revoked, is STAYED, pending his reporting to the designated institution. Should he do so in timely manner, and avoid any further alleged violations, the Petition will be dismissed. If not, a Warrant will be issued for the Defendant's arrest and the Court will move to an action status on the aforementioned Petition.

August 22, 2022

                                          _____
                                          WALTER H. RICE
                                          UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Jennifer Wright, US Probation Officer
Joshua Bowman, US Pretrial Services Officer